## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CRAIG WILSON #119853**                                    **CIVIL ACTION**

**versus**                                                 **NO. 06-890**

**BURL CAIN**                                              **SECTION: "A" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Petitioner contends that his conviction became final when the Louisiana Supreme Court denied his motion for rehearing on June 27, 2003.  The Magistrate Judge's report explains in detail why Petitioner's contention is legally incorrect.  Moreover, the Court notes that Petitioner allowed nearly six months to elapse following the denial of his motion for rehearing during which time he had no properly filed applications for state post conviction relief.  It was during this six-month period of inaction that Petitioner allowed the one-year period for seeking federal habeas corpus relief to expire without tolling.

Although Petitioner's claims are clearly time-barred, it is regrettable that Petitioner lost six months waiting for the Louisiana Supreme Court to deny the motion for reconsideration given that the Supreme Court's own rules preclude consideration of such a motion.  Because the Supreme Court waited six months to reject a motion that was subject to immediate denial on procedural grounds, Petitioner and others like him could be misled into believing that the court is considering

the application for rehearing on the merits.  In this case Petitioner's inaction during the six months following the denial of rehearing is the proximate cause of his timeliness problem, but the Supreme Court's failure to expeditiously process and reject a procedurally improper motion could under certain facts lead to a truly unfair result.

Accordingly,

**IT IS ORDERED** that the federal petition of **Craig Wilson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

June 25, 2007

UNITED STATES DISTRICT JUDGE