# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG WILSON #119853** | **CIVIL ACTION** |
| **versus** | **NO. 06-890** |
| **BURL CAIN, WARDEN** | **SECTION: "A" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Craig Wilson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

July 15, 2009

_____
UNITED STATES DISTRICT JUDGE